FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JUL 11 PM 1:53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

CASE NO:

3:11-cv-679-J-32 MCR

AMERICAN HOMES OF NORTHEAST FLORIDA, INC., JOHN MULLEN, BRIAN MULLEN AND LARRY STEPHENS D/B/A STEPHENS DESIGN & DRAFTING,

Defendants.

_______________________________/

# COMPLAINT

Plaintiff sues Defendants and alleges:

## JURISDICTION AND VENUE

1. This action arises under the federal Copyright Act of 1976, Title 17, United States Code. Jurisdiction is founded on Title 28, United States Code, Section 1338(a). Venue is conferred by Title 28, United States Code, Section 1400(a).

## THE PARTIES

2. Plaintiff, HOME DESIGN SERVICES, INC., is a corporation, organized and existing pursuant to the laws of the State of Florida, with its principal place of business in Longwood, Florida.

3. Plaintiff is an architectural/design firm engaged in the business of designing homes.

4. Defendant AMERICAN HOMES OF NORTHEAST FLORIDA, INC., is a corporation, organized and existing pursuant to the laws of the State of Florida, with its principal place of business in Bunnell, Florida.

5. Defendant JOHN MULLEN, is a citizen of the United States, who upon information and belief is residing in Palm Coast, Florida.

6. Defendant BRIAN MULLEN, is a citizen of the United States, who upon information and belief is residing in Palm Coast, Florida.

7. Defendant LARRY STEPHENS, is a citizen of the United States, who upon information and belief is residing in Bunnell, Florida. At times pertinent to this Complaint, LARRY STEPHENS was doing business as Stephens Design and Drafting.

**<u>COUNT I</u>**
**Copyright Infringement of the 1869/1869-2**

8. Plaintiff realleges paragraphs 1 through 7 above.

9. Plaintiff is the creator and original owner of an original architectural work entitled "91-172/1869" a/k/a HDS-1869, and its derivative the "92-145-1869" a/k/a HDS-1869-2, (hereinafter "1869/1869-2"), exemplary depictions of the floor plans and elevations of which are attached hereto as *Composite Exhibit A*.

10. The 1869 was originally created by Plaintiff in or around 1991.

11. The 1869-2 was originally created by Plaintiff in or around 1992.

12. Plaintiff complied in all respects with the Federal Copyright Act and all other laws governing copyright, and secured the exclusive rights and privileges in and to the copyright of the 1869/1869-2, and received from the Register of Copyrights a certificate of registration, dated and identified as follows: "March 6, 2003, VA 1-185-368," and "March 6, 2003, VA 1-185-369" said certificates of registration is attached hereto as *Exhibits B and C*. An amendments "CA VA 1-391-191" and CA VA 1-391-192 were filed on October 31, 2006. Said Certificates of Supplemental Registration is attached

hereto as *Exhibits D and E*. Plaintiff further received from the Register of Copyrights a certificate of registration, dated and identified as follows: "May 31, 2006, VA 1-360-475," said certificate of registration is attached hereto as *Exhibit F*.

13. Plaintiff is the owner of the entire right, title and interest in and to the 1869/1869-2, and in and to the copyrights thereon and the registrations thereof.

14. After the 1869/1869-2, were created, the Defendants infringed said copyrights by designing, constructing and participating in the construction of one or more residences, all of which were copied largely or were exact duplicates of the1869/1869-2. At least one of the Defendants' infringing designs was entitled the "Patriot II," a representative copy of which is attached hereto as *Exhibit G*. John Mullen, Brian Mullen and Larry Stephens may also be liable through the doctrines of contributory and vicarious liability, since they contributed to and directed the design, construction and advertising of the infringing houses and plans, and financially benefitted from design and/or the construction of the houses.

15. After the 1869/1869-2, were created and since that time, the Defendants have been advertising and otherwise marketing the "Patriot II" floor plans, and have thereby infringed Home Design's copyrights. An exemplary copy of one such advertisement is attached hereto as *Exhibit G*.

16. Plaintiff is entitled to recover its actual damages incurred as a result of the Defendants' infringing activities, as well as any profits of the Defendant infringers.

17. In the alternative, Plaintiff is entitled to recover statutory damages of up to $150,000.00 from each infringer for each act of infringement.

18. Any continued unauthorized and infringing use by the Defendants of the copyrighted

1869/1869-2, will, unless enjoined, cause irreparable harm, damage and injury to the Plaintiff in that the advertisement and construction of any additional structures based upon Plaintiff's copyrighted architectural 1869/1869-2, will severely diminish the value of the original works, constitute unfair competition with Plaintiff's exclusive right to the use and sale of the 1869/1869-2, and dilute the market for the 1869/1869-2.

19. Plaintiff has employed the services of the law firm of Parrish, Lawhon & Yarnell, P.A., to prosecute this action and has agreed to pay same a reasonable fee.

WHEREFORE, Plaintiff requests the following relief:

A. That Defendants, their agents, employees, successors and assigns and all those holding with, through or under them, or acting on their behalf, be preliminarily enjoined from infringing the aforementioned copyrights, from advertising or constructing any structure based upon the copywritten works and from reproducing or otherwise distributing or selling any of them in whole or in part.

B. That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringement of Plaintiff's copyrights and to account for all gains, profits and advantages derived by the Defendants through their infringement of Plaintiff's copyrights.

C. That Defendants, in the alternative to B. above, be required to pay statutory damages for infringement of Plaintiff's copyrights.

D. That Defendants be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed Plaintiff by the court.

E. Such other and further relief as is just.

## COUNT II
## Copyright Infringement of the 1901/2125

20. Plaintiff realleges paragraphs 1 through 7 above.

21. Plaintiff is the creator and original owner of the original architectural work entitled "87-064-1901" a/k/a HDS-1901, and its derivative the "90-129-2125" a/k/a HDS-2125 (hereinafter "1901/2125"), exemplary depictions of the floor plans and elevations of which are attached hereto as *Exhibit H*.

22. The 1901 was originally created by Plaintiff in or around 1987.

23. The 2125 was originally created by Plaintiff in or around 1990.

24. Plaintiff complied in all respects with the Federal Copyright Act and all other laws governing copyright, and secured the exclusive rights and privileges in and to the copyright of the 1901/2125, and received from the Register of Copyrights a certificate of registration, dated and identified as follows: "June 10, 2008, VA-1-683-320," and "March 7, 2008, VA-1-430-141" said certificates of registration is attached hereto as *Exhibit I and J*.

25. Plaintiff is the owner of the entire right, title and interest in and to the 1901/2125, and in and to the copyrights thereon and the registrations thereof.

26. After the 1901/2125, was created, the Defendants infringed said copyrights by designing, constructing and participating in the construction of one or more residences, all of which were copied largely or were exact duplicates of the 1901/2125. At least one of the Defendants' infringing designs was entitled the "Patriot," a representative copy of which is attached hereto as *Exhibit K*. John Mullen, Brian Mullen and Larry Stephens

may also be liable through the doctrines of contributory and vicarious liability, since they contributed to and directed the design, construction and advertising of the infringing houses and plans, and financially benefitted from design and/or the construction of the houses.

27. After the 1901/2125 was created and since that time, the Defendants have been advertising and otherwise marketing the "Patriot" floor plan, and have thereby infringed Home Design's copyright. An exemplary copy of one such advertisement is attached hereto as *Exhibit K*.

28. Plaintiff is entitled to recover its actual damages incurred as a result of the Defendants' infringing activities, as well as any profits of the Defendant infringers.

29. In the alternative, Plaintiff is entitled to recover statutory damages of up to $150,000.00 from each infringer for each act of infringement.

30. Any continued unauthorized and infringing use by the Defendants of the copyrighted 1901/2125, will, unless enjoined, cause irreparable harm, damage and injury to the Plaintiff in that the advertisement and construction of any additional structures based upon Plaintiff's copyrighted architectural 1901/2125, will severely diminish the value of the original works, constitute unfair competition with Plaintiff's exclusive right to the use and sale of the 1901/2125, and dilute the market for the 1901/2125.

31. Plaintiff has employed the services of the law firm of Parrish, Lawhon & Yarnell, P.A., to prosecute this action and has agreed to pay same a reasonable fee.

WHEREFORE, Plaintiff requests the following relief:

A. That Defendants, their agents, employees, successors and assigns and all those holding with, through or under them, or acting on their behalf, be preliminarily enjoined from

infringing the aforementioned copyrights, from advertising or constructing any structure based upon the copywritten works and from reproducing or otherwise distributing or selling any of them in whole or in part.

B. That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringement of Plaintiff's copyrights and to account for all gains, profits and advantages derived by the Defendants through their infringement of Plaintiff's copyrights.

C. That Defendants, in the alternative to B. above, be required to pay statutory damages for infringement of Plaintiff's copyrights.

D. That Defendants be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed Plaintiff by the court.

E. Such other and further relief as is just.

**JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully submitted this 6th day of July, 2011.

Jon D. Parrish, Esq.
Florida Bar No. 984329
Kirt R. Posthuma, Esq.
Florida Bar No. 0036372
PARRISH, LAWHON & YARNELL, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph 239/566-2031; Fax 239/566-9561

**Home Design Services, Inc.** **Order by phone: 1-800-771-5444**




**Main Floor**



# HDS - 1869

**4 Bedroms, 2 Baths**

**Total Living Area:**..............1869 sq. ft.
Main Floor:....................1869 sq. ft.
Upper Floor:....................000 sq. ft.
Optional Bonus:..............000 sq. ft.
Garage:............................470 sq. ft.

**Exterior Walls:**........................2x4
**Foundation:**............................Slab

**Foot Print:**
Width:..................................61' 8"
Depth:..................................53' 0"
Height:.................................20' 0"±

All designs/plans in this publication are protected under the copyright law. Reproduction of the illustrations or working drawings by any means is strictly prohibited unless licenced by Home Design Services, Inc. All plan sales are for a one time build only. Multi-build options are available.

EXHIBIT
"Composite"
"A"



# HDS - 1869-2




**Main Floor**

**3 Bedrooms, 2 Baths**

**Total Living Area:.............1869 sq. ft.**
Main Floor:.....................1869 sq. ft.
Upper Floor:.....................000 sq. ft.
Optional Bonus:..............000 sq. ft.
Garage:...........................470 sq. ft.

**Exterior Walls:.......................2x4**
**Foundation:..........................Slab**

**Foot Print:**
Width:.............................61' 8"
Depth:.............................53' 0"
Height:...........................19' 8"±

Elevations are artists' conceptions. Floorplans and elevations are subject to change. Dimensions are approximate. Consult working drawings for actual dimensions and information.

**Home Design Services, Inc.** **Order by phone: 1-800-771-5444**

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-185-368

EFFECTIVE DATE OF REGISTRATION

03 06 03
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
91-172 / 1869

NATURE OF THIS WORK ▼ See instructions
Architectural Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Home Design Services, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ N/A Year Died ▼ N/A

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☑ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 1991 Year — This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work — Complete this information ONLY if this work has been published. Month August Day 11 Year 1991
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Home Design Services, Inc.
580 Cape Cod Lane, Suite 9
Altamonte Springs, FL 32714

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 06 2003
ONE DEPOSIT RECEIVED MAR 06 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT
"B"

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

N/A

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Home Design Services, Inc.
580- Cape Cod Lane, Suite 9
Altamonte Springs, FL 32714

Area code and daytime telephone number (407) 862-5444 Fax number (407) 682-6044

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☑ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of ____ (Name of author or other copyright claimant, or owner of exclusive right(s) ▲)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James E. Zirkel Date 11/13/02

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Home Design Services, Inc. |
| Number/Street/Apt ▼ | 580 Cape Cod Lane, Suite 9 |
| City/State/ZIP ▼ | Altamonte Springs, FL 32714 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UN
RE(

VA 1-185-369

EFFECTIVE DATE OF REGISTRATION

03 (Month) 06 (Day) 03 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼** 91-172 / 1869

**NATURE OF THIS WORK ▼** See instructions: Construction Documents

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

**a** Home Design Services, Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼ N/A Year Died ▼ N/A

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of ______ Domiciled in ______

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☒ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of ______ Domiciled in ______

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed** 1991 Year. This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month August Day 11 Year 1991 U.S.A. Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Home Design Services, Inc.
580 Cape Cod Lane, Suite 9
Altamonte Springs, FL 32714

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 0 6 2003
ONE DEPOSIT RECEIVED MAR 0 6 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT "C"

EXAMINED BY

FORM VA

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

N/A

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Home Design Services, Inc.
580- Cape Cod Lane, Suite 9
Altamonte Springs, FL 32714

Area code and daytime telephone number (407 ) 862-5444 Fax number (407 )682-6044

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

- ☑ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of ____ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James E. Zirkel Date 11/13/02

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Home Design Services, Inc.

Number/Street/Apt ▼
580 Cape Cod Lane, Suite 9

City/State/ZIP ▼
Altamonte Springs, FL 32714

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-391-191

TX TXU PA PAU VA VAU SR SRU RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Oct 31 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
91 172 1868

Registration Number of the Basic Registration ▼
VA 1 185 368

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Home Design Services Inc

Name(s) of Copyright Claimant(s) ▼
Home Design Services Inc

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 3b Line Heading or Description Date and Nation of First Publication

Incorrect Information as It Appears in Basic Registration ▼

August 11 1991

Corrected Information ▼

April 1 1992

Explanation of Correction ▼

Previous Counsel incorrectly informed HDS that the Creation date & the Publication date were the same

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ______ Line Heading or Description ______

Amplified Information and Explanation of Information ▼

EXHIBIT
"D"

MORE ON BACK ▶ Complete all applicable spaces (D G) on the reverse side of this page
See detailed instructions Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

FORM CA RECEIVED Oct 31 2006

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY [signature]

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent

**E**

Phone (407 ) 862 5444 Fax ( 407 ) 682 6044 Email

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name

Account Number

Certification I the undersigned hereby certify that I am the (Check only one)

☒ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☐ duly authorized agent of Home Design Services Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name ▼ James E Zirkel Date ▼ 10/25/06

Handwritten signature (X) ▼ [signature]

Certificate will be mailed in window envelope to this address

Name ▼
Home Design Services Inc

Number/Street/Apt ▼
580 Cape Cod Lane Suite 9

City/State/ZIP ▼
Altamonte Springs Florida 32714

YOU MUST
Complete all necessary spaces
Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO
Library of Congress
Copyright Office
101 Independence A S E
Washington D C 20559 6000

**G**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REG

VA 1-391-192

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Oct 31 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## A

Title of Work ▼
91 172 1869

Registration Number of the Basic Registration ▼
VA 1 185 369

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Home Design Services Inc

Name(s) of Copyright Claimant(s) ▼
Home Design Services Inc

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 3b Line Heading or Description Date and Nation of First Publication

Incorrect Information as It Appears in Basic Registration ▼

August 11 1991

Corrected Information ▼

April 1 1992 U S A

Explanation of Correction ▼

Previous Counsel incorrectly informed HDS that the Creation date & the Publication date were the same

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ______ Line Heading or Description ______

Amplified Information and Explanation of Information ▼

EXHIBIT
"E"

MORE ON BACK ▶ Complete all applicable spaces (D-G) on the reverse side of this page
See detailed instructions Sign the form at Space F

DO NOT WRITE HERE

FORM CA RECEIVED

FORM CA

Oct 31 2006

FUNDS RECEIVED DATE

EXAMINED BY Wm

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent

**E**

Phone (407) 862 5444 Fax (407) 682 6044 Email

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name

Account Number

Certification I the undersigned hereby certify that I am the (Check only one)

☒ author ☐ owner of exclusive right(s)

☐ other copyright claimant ☐ duly authorized agent of Home Design Services Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name ▼ James E Zirkel Date ▼ 10/25/06

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address

Name ▼ Home Design Services Inc

Number/Street/Apt ▼ 580 Cape Cod Lane Suite 9

City/State/ZIP ▼ Altamonte Springs Florida 32714

YOU MUST:
Complete all necessary spaces
Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**G**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-360-475

EFFECTIVE DATE OF REGISTRATION

MAY 31 2006
Month Day Year

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
92-145-1869

NATURE OF THIS WORK ▼ See instructions
Architectural Work/House Plan

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Home Design Services, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in U.S.A.

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☑ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1992 Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month November Day 1 Year 1995
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Home Design Services, Inc.
580 Cape Cod Lane Ste. 9
Altamonte Springs, Florida 32174

See instructions before completing this space.

APPLICATION RECEIVED
MAY 31 2006
ONE DEPOSIT RECEIVED
MAY 31 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE


EXHIBIT
"F"
Blumberg No. 5118

EXAMINED BY [initials] | FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ VA1-185-368 & VA1-185-369 Year of Registration ▼ 2003

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

91-172-1869 (HDS 1869)

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Modified floor plan slightly, new elevation.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a. Name ▼ Home Design Services, Inc. Account Number ▼ DA 092266

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jim Zirkel, CEO
Home Design Services, Inc.
580 Cape Cod Lane Ste 9

Area code and daytime telephone number (407) 862-5444 Fax number (407) 682-5444

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James E. Zirkel, CEO Date 5-17-06

Handwritten signature (X) ▼ [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Home Design Services, Inc.

Number/Street/Apt ▼ 580 Cape Cod Lane Suite 9

City/State/ZIP ▼ Altamonte Springs, Florida 32714

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 ♻ Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# THE PATRIOT II



AMERICAN HOMES of Northeast Florida Inc.

*Reflecting the Spirit of American Creativity*

Phone (386) 445-8516
Fax (386) 445-8517

EXHIBIT
"G"

**AMERICAN HOMES of Northeast Florida Inc.**

*Reflecting the Spirit of American Creativity*

P.O. Box 350122 - Palm Coast, FL 32135-0122
PHONE: (386) 445-8516 - FAX: (386) 445-8517

# PATRIOT II




**Areas**

| | |
|---|---|
| Living | 1901 |
| Garage | 484 |
| Covered Lanai | 251 |
| Entry | 44 |
| Total Area | 2680 |

CGC 049971

**Home Design Services, Inc.** **Order by phone: 1-800-771-5444**




Main Floor



# HDS - 1901

3 Bedrooms, 2 Baths

Total Living Area:.............1901 sq. ft.
Main Floor:.....................1901 sq. ft.
Upper Floor:....................000 sq. ft.
Optional Bonus:..............000 sq. ft.
Garage:...........................484 sq. ft.

Exterior Walls:....Conc. Masonry
Foundation:............................Slab

Foot Print:
Width:...............................62' 0"
Depth:...............................53' 8"
Height:..............................20' 0"±

All designs/plans in this publication are protected under the copyright law. Reproduction of the illustrations or working drawings by any means is strictly prohibited unless licenced by Home Design Services, Inc. All plan sales are for a one time build only. Multi-build options are available.

Copyright © 2001 Home Design Services, Inc.



EXHIBIT "4"

**Home Design Services, Inc.** **Order by phone: 1-800-771-5444**







Main Floor



**HDS - 2125**

3 Bedrooms, 2 Baths

Total Living Area:............2225 sq. ft.
Main Floor:....................2225 sq. ft.
Upper Floor:....................000 sq. ft.
Optional Bonus:..............000 sq. ft.
Garage:...........................555 sq. ft.

Exterior Walls:....Conc. Masonry
Foundation:..........................Slab

**Foot Print:**
Width:..............................65' 0"
Depth:..............................56' 0"
Height:.........................22' 3"±

All designs/plans in this publication are protected under the copyright law. Reproduction of the illustrations or working drawings by any means is strictly prohibited unless licenced by Home Design Services, Inc. All plan sales are for a one time build only. Multi-build options are available.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**
VA 1-683-320

**Effective date of registration:**
June 10, 2008

## Title

**Title of Work:** 87-064/1901
**Nature of Work:** Construction Documents

## Completion/ Publication

**Year of Completion:** 1987
**Date of 1st Publication:** October 1, 1994 **Nation of 1st Publication:** United States

## Author

- **Author:** Home Design Services, Inc.
  **Author Created:** Technical drawing
  **Work made for hire:** Yes
  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Home Design Services, Inc.
580 Cape Cod Lane, #9, Altamonte Springs, FL, 32714

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** James E. Zirkel
**Date:** March 14, 2008

EXHIBIT "I"

**Registration #:** VA0001683320

**Service Request #:** 1-80391928

Home Design Services, Inc.
580 Cape Cod Lane, #9
Altamonte Springs, FL 32714

# Certificate of Registration

THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-438-141

EFFECTIVE DATE OF REGISTRATION

3 (Month) 7 (Day) 08 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
90-129-2125

**NATURE OF THIS WORK ▼** See instructions
Construction Documents

**Previous or Alternative Titles ▼**
87-064/1901

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**NAME OF AUTHOR ▼**
Home Design Services, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ N/A  Year Died ▼ N/A

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ______ / Domiciled in ______

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☑ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ______ / Domiciled in ______

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Year in Which Creation of This Work Was Completed** 1990 Year
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month August Day 11 Year 2000
Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Home Design Services, Inc.
580 Cape Cod Lane, #9
Altamonte Springs, Florida 32714

See instructions before completing this space.

APPLICATION RECEIVED 3/7/08
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE / OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

EXHIBIT
"J"

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY AR

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ In Process Not yet received
Year of Registration ▼ 2008

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

87-064/1901

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New elevation was created. Floor plan was modified to accomodate new elevation.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Home Design Services, Inc.
580 Cape Cod Lane, #9
Altamonte Springs, Florida 32714

Area code and daytime telephone number ( 407 ) 862-5444 Fax number ( 407 ) 682-6044

Email andreal@home-design-services.c

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ________
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James E. Zirkel Date 03/03/08

Handwritten signature (X) ▼

X [signature]

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

9

# The Patriot



**AMERICAN HOMES** of Northeast Florida Inc.

*Reflecting the Spirit of American Creativity*

P.O. Box 350122 • Palm Coast, FL 32135-0122
PHONE: (386) 445-8516 • FAX: (386) 445-8517

EXHIBIT "K"




## *The Patriot*

Living Area ............... 2195 sq. ft.
Garage ........................ 517 sq. ft.
Covered Lanai ............. 271 sq. ft.
Entry ............................ 44 sq. ft.
TOTAL AREA .......... 3013 sq. ft.

Conceptual plan subject to change without notice.

State Certified General Contractor CGC 049971

**AMERICAN HOMES** of Northeast Florida Inc.